UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                              Chapter 11

CCI Driveline, LLC,                                                 Case Number 23-40198

    Debtor.                                                         Hon. Mark A. Randon

_____/

**ORDER GRANTING CREDITOR'S MOTION FOR ABSTENTION AND REMAND**

    Debtor filed a notice on January 10, 2023, seeking to remove the matter pending with the American Arbitration Association to this Court; Creditor Eric Cameron filed a motion for abstention and remand.

    The Court held a status conference on January 23, 2023, after which the parties briefed the issue of whether an arbitration matter qualifies as a civil action that is removable under 28 U.S.C. § 1452(a). Briefing was completed on February 10, 2023.

    On February 13, 2023, the parties agreed that Charles M. Mouranie will mediate Eric Cameron's claim. Medication was unsuccessful, and the Court held a hearing on the arbitration matter on March 20, 2023.

    For the reasons stated on the record at the status conference on January 23, 2023, and the hearing on March 20, 2023, the arbitration matter currently pending with the American Arbitration Association does not qualify as a civil action that is removable to this Court. As such, the Court **GRANTS** Eric Cameron's motion and remands the arbitration matter to the American Arbitration Association.

    **IT IS ORDERED**.
**Signed on March 20, 2023**



Signed on March 20, 2023

/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**