UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                          Chapter 11

CCI Driveline, LLC,                          Case Number 23-40198

        Debtor.                                          Hon. Mark A. Randon

_____/

## ORDER DISMISSING CASE

On March 20, 2023, the Court entered an order requiring the parties to brief the issue of whether this bankruptcy should be dismissed or held open pending the outcome of arbitration. On March 31, 2023, the United States Trustee filed a motion to dismiss. Creditor Eric Cameron filed a brief in support of dismissal. On April 16, 2023, Debtor filed a response indicating that the case should be dismissed because "the primary reason for the Chapter 11 filing has been stymied." As such, the Court **DISMISSES** this case; the hearing scheduled for April 24, 2023, is **CANCELED**.

However, the Court will retain jurisdiction to hear and decide any applications for professional fees, which must be filed on or before *June 1, 2023.*

     **IT IS ORDERED**.
**Signed on April 17, 2023**



/s/ Mark A. Randon
_____
**Mark A. Randon
United States Bankruptcy Judge**